# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Michael Benny Miller
Miller & Miller
P. O. Box 1630
Crowley LA 70527-1630

## REHEARING ACTION: March 27, 2013

**Docket Number: 12   00956-WCA**

**HERVEY J. MORVANT**
**VERSUS**
**SHOP-RITE, INC.**

**Appealed from Office of Workers' Compensation - # 3 Case No. 09-02051**

<u>**BEFORE JUDGES**</u>:

   Hon. Ulysses Gene Thibodeaux
   Hon. Jimmie C. Peters
   Hon. Marc T. Amy

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Hervey J. Morvant** has this day been

   **DENIED.**
   Thibodeaux, J., would grant the rehearing.

cc: H. Douglas Hunter, Counsel for the Appellant